UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNEST ANTHONY GRAVES, | ) | NO. ED CV 17-2527-CAS(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOSIE GASTELO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 8, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE